Eastern District of Kentucky
FILED
NOV 18 2004
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON**

**CRIMINAL ACTION NO. 04-69-KKC**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **PLEA AGREEMENT**

**TRAVIS TRUETT** **DEFENDANT**

* * * * *

1. Pursuant to Federal Rule of Criminal Procedure 11, the Defendant will enter a guilty plea to Count 1 of the Indictment, charging a violation of 18 U.S.C. § 1470.

2. The essential elements of Count 1 are:

(a) First, that the defendant knowingly used the mail or any means or facility or interstate commerce to transfer an obscene matter;

(b) Second, that the defendant knew he was transferring the matter to an individual less than 16 years of age;

(c) Third, that the defendant knew at the time of the transfer the general nature of the contents of the matter;

(d) Fourth, that the materials in question are obscene matters.

3. As to Count 1, the United States could prove the following facts that establish the essential elements of the offense beyond a reasonable doubt, and the Defendant admits these facts:

> At the time of the offense, the defendant was a teacher at Tyner Elementary School in Jackson County, Kentucky. While employed at the school, the defendant began exchanging emails with an 11 year old 5th grade female student. The emails were exchanged on the school's internal email server. At some point in early 2004, the defendant set up a Yahoo email account for the female student. Utilizing this external account, the defendant began a exchanging a series of emails with the female student after school hours. A number of the emails had sexual references and contained icons which were sexual in nature. In particular, on March 18, 2004, the defendant transmitted an email to the female student through Yahoo's email servers which are located in California an email which had a sexual content and an icon. The icon had the phrase "Blow Me" and had two figures which appeared to be people engaged in oral genital intercourse. The icon was attached to the email by the defendant and was obtained from a website containing numerous icons with sexual references. The icon was part of the email which was transmitted in interstate commerce.

4. The maximum statutory punishment the charge set forth in the Indictment is not more than 10 years imprisonment, a fine of not more than $250,000, and a term of supervised release of not more than 3 years. A mandatory special assessment of $100.00 applies for each count of conviction, and the Defendant will pay this assessment to the U.S. District Court Clerk at the time of the entry of the plea.

5. The United States and the Defendant recommend the following sentencing guidelines calculations, and they may object to other calculations. This recommendation

does not bind the Court :

> (a) United States Sentencing Guidelines, November 5, 2003, manual, will determine the Defendant's guideline range.
>
> (b) Pursuant to U.S.S.G. § 2G3.1(a), the base offense level is 10.
>
> (c) Pursuant to U.S.S.G. § 2G3.1(b)(1)(C), the base offense level is increased 2 levels for distribution to a minor.
>
> (d) Pursuant to U.S.S.G. § 3B1.3, the base offense level is increased 2 levels abuse of position of trust.
>
> (e) Pursuant to U.S.S.G. § 3E1.1, decrease the offense level by 2 levels for the Defendant's acceptance of responsibility. If the offense level determined prior to this 2-level decrease is level 16 or greater, the United States will move at sentencing to decrease the offense level by 1 additional level based on the Defendant's timely notice of intent to plead guilty.

6. No agreement exists about the Defendant's criminal history category pursuant to U.S.S.G. Chapter 4.

7. The defendant agrees to the surrender of his Kentucky Teaching Certificate and to a lifetime revocation of the certificate.

8. The Defendant will not file a motion for a decrease in the offense level based on a mitigating role pursuant to U.S.S.G. § 3B1.2 or a departure motion pursuant to U.S.S.G. Chapter 5, Parts H or K.

9. The Defendant waives the right to appeal and the right to attack collaterally the guilty plea, conviction, and sentence, including any order of restitution.

10. If the Defendant is unable to pay a fine, a mandatory special assessment, or restitution immediately, the Defendant will complete and sign a Form OBD-500 (Financial Statement of Debtor), or will submit to a Deposition in Aid of Collection, or both, at times and places that the United States directs.

11. If the Defendant violates any part of this Agreement, the United States may void this Agreement and seek an indictment for any violations of federal laws, and the Defendant waives any right to challenge the initiation of additional federal charges.

12. This document contains the complete and only Plea Agreement between the United States Attorney for the Eastern District of Kentucky and the Defendant. The United States has not made any other promises to the Defendant.

13. This Agreement does not bind the United States Attorney's Offices in other districts, or any other federal, state, or local prosecuting authorities.

14. The Defendant and the Defendant's attorney acknowledge that the Defendant understands this Agreement, that the Defendant's attorney has fully explained this

Agreement to the Defendant, and that the Defendant's entry into this Agreement is voluntary.

GREGORY F. VAN TATENHOVE
UNITED STATES ATTORNEY

Date: 10/22/04

By: [signature]
Mark A. Wohlander
Assistant United States Attorney

Date: 10/28/04

[signature]
Travis Truett
Defendant

Date: 10/28/04

[signature]
Fred E. Peters
Attorney for Defendant

**APPROVED**, this 18 day of November, 2004

[signature]
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE